IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| J.R.C., a minor, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-1469-KC |
| | § | |
| ANGIE SALAZAR, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER**

On this day, the Court considered the case. On June 2, 2026, the Court ordered Respondents to file an advisory with a reasonable estimate of when the vetting process of J.R.C.'s sponsor will be completed and when ORR will make a suitability determination and release decision. June 2, 2026, Order 2, ECF No. 5. They were to file the advisory by June 5. *Id.*

Respondents have now filed an Advisory, ECF No. 6, in which they state that "J.R.C.'s sponsor is a category 3 sponsor" and thus "requires a home study prior to release." *Id.* ¶ 2. They also provide general statistics regarding the number of home studies conducted, children released to sponsors, and the average length in ORR custody. *See id.* ¶¶ 1, 3–5.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report **by no later than June 17, 2026**, stating whether a home study for J.R.C.'s sponsor has been conducted, and if not, the anticipated timeline for conducting the home study, and any obstacles to scheduling the home study.

**IT IS FURTHER ORDERED** that J.R.C. shall **FILE** an advisory **by no later than June 17, 2026**, informing the Court whether J.R.C.'s mother is in the United States, and whether

she "is available to provide care and physical custody" to J.R.C.  *See* 6 U.S.C. § 279(g)(2)(C)(ii).

J.R.C. shall also state whether J.R.C.'s mother has been notified of his detention in ORR

custody, and if not, why not.

**SO ORDERED**.

**SIGNED this 10th day of June, 2026.**

_____

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2