**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **J.R.C., a minor,** § | |
| § | |
| **Petitioner,** § | |
| § | |
| **v.** § | **CAUSE NO. EP-26-CV-1469-KC** |
| § | |
| **ANGIE SALAZAR, et al.,** § | |
| § | |
| **Respondents.** § | |

**<u>ORDER</u>**

On this day, the Court considered the case.  On June 10, 2026, the Court ordered

Respondents to file a status report stating whether a home study of J.R.C.'s sponsor was

conducted, and if not, the anticipated timeline for conducting the home study, and any obstacles,

by June 17.  June 10, 2026, Order 1, ECF No. 9.  The Court also ordered J.R.C. to file an

advisory as to J.R.C.'s mother's location, whether she is available to provide care and physical

custody of J.R.C., and whether she has been notified of his detention.  *Id.* at 1–2.

Respondents have now filed a Status Report, ECF No. 11, and inform the Court that

J.R.C.'s sponsor "informed the DSA FFS that she will be withdrawing as the sponsor" because

she is unable to obtain an individual taxpayer ID number.  *Id.* at 1.  However, on June 16, an

Immigration Judge ordered J.R.C.'s father released on a $5,000.00 bond.  *Id.*  Thus, J.R.C.'s

"father may be released soon from the immigration facility and will resume sponsorship."  *Id.*

As of June 17, J.R.C.'s father had not yet posted bond, and remained detained.  *Id.* at 1–2.

For J.R.C.'s part, he informs the Court that his biological mother is in Colombia and thus

is "not available within the meaning of 6 U.S.C. § 279(g)(2)(C)(ii) to provide care and physical

custody to J.R.C. in the United States."  Advisory, ECF No. 10.

2

Because J.R.C.'s father has been granted bond and, upon his payment of bond and release from custody, will be able to provide care and physical custody to J.R.C., the Court finds it appropriate to order a status report regarding J.R.C.'s father's custody.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report **by no later than June 25, 2026**, stating (1) whether J.R.C.'s father posted bond and has been released from custody, and (2) whether J.R.C. has been released from custody into his father's care and physical custody.

**SO ORDERED**.

**SIGNED this 18th day of June, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2